## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America,

     Plaintiff,

 v.

     Criminal No. 11-164 (KSH)

Anselmo Genovese,

     Defendant.

     **ORDER**

   Defendant Anselmo Genovese, through his counsel, Gerald L.Shargel, Esq., having applied to the Court for a modification of the terms of his home confinement imposed as a special condition of his eight month probationary term; and the government (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) having filed opposition; and after considering the papers submitted the Court finding that the proposed modification does not have meaningful support beyond the convenience of the defendant; and good cause thereby appearing,

   IT IS on this 27th day of August, 2012,

**ORDERED** that the defendant's application to modify the terms of his home confinement is denied.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge